ERIC A. NYBERG, ESQ. (Bar No. 131105)
CHRIS D. KUHNER, ESQ.(Bar No. 173291)
KORNFIELD, PAUL NYBERG & KUHNER, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

Attorneys for Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

**PEGASUS - MH VENTURES I, LLC,**

         **Debtor.**

Case No. 08-40690 LT 11
**Chapter 11**

**NOTICE OF RELATED CASE**

**PLEASE TAKE NOTICE** that the above-captioned Chapter 11 Case is related to the pending Chapter 11 Case entitled *In Golden State Investments, LP*., Case No. 08-40689 EDJ11. Said related case was filed on February 14, 2008 and is pending in the United States Bankruptcy Court for the Northern District of California, Oakland Division.

Dated: February 14, 2008

        KORNFIELD, PAUL ,NYBERG & KUHNER, P.C.
        By:

        Eric A Nyberg /s/
        (Bar No. 131105)
        Proposed Attorneys for Debtor-in-Possession

Notice of Related Case