```
 1  ERIC A. NYBERG, ESQ. (Bar No. 131105)
    CHRIS D. KUHNER, ESQ. (Bar No. 173291)
 2  KORNFIELD, PAUL, NYBERG & KUHNER P.C.
    1999 Harrison Street, Suite 2675
 3  Oakland, California  94612
    Telephone:  (510) 763-1000
 4  Facsimile:  (510) 273-8669
 5
 6  Proposed Attorneys for Pegasus MH Ventures I, LLC
```

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Inre** | **Case No. 08-40690 LT11** |
| | **Chapter 11** |
| **PEGASUS MH VENTURES I, LLC,** | **APPLICATION TO APPOINT RESPONSIBLE NATURAL PERSON** |
| Debtor. | |

The application of Pegasus MH Ventures I, LLC respectfully represents:

1.  That on February 14, 2008, the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code.

2.  Pursuant to Bankruptcy Local Rule 4002-1, your applicant proposes that the following person be designated as the natural person to be responsible for the duties and obligations of the Debtor-In-Possession:

>   Michael A. Clevenger
>   Managing Member
>   Pegasus MH Ventures I, LLC
>   4900 Hopyard Road, Suite 202
>   Pleasanton, CA 94588
>   Telephone 925-463-9100

App-Appoint-Resp-Person — 1 —

3. Michael A. Clevenger is the managing member of Pegasus MH Ventures I, LLC.

Dated: February 14, 2008                    PEGASUS MH VENTURES I, LLC

                                            By: Michael A. Clevenger /s/
                                                Managing Member

# DECLARATION OF SERVICE

I, the undersigned, declare:

I am employed in the City of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to this action. My business address is 1999 Harrison Street, Suite 2675, Oakland, California 94612.

I am readily familiar with the business practices of my employer, Kornfield, Paul, Nyberg & Kuhner P.C., for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On February 15, 2008, I served the following document(s):

**APPLICANT TO APPOINT RESPONSIBLE NATURAL PERSON;**
**[PROPOSED] ORDER APPOINITING RESPONSIBLE NATURAL PERSON**

by placing copies of said document(s) in sealed envelope(s) and served in the manner or manners described below addressed as follows:

U.S. Trustee
1301 Clay Street, Suite 690N
Oakland, CA 94612-5202

I placed such envelope(s) for collection and mailing at my employer's office following ordinary business practices, addressed to the addressee(s) designated.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of February, 2008 at Oakland, California.

                                                        Gail M. Aviles /s/