B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re **Pegasus - MH Ventures I, LLC.**      Case No. **08-40690**
         Debtor(s)      Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Compass Financial Partners, LLC**<br>333 Seventh Avenue, 3rd Floor<br>New York, NY 10001 | **Compass Financial Partners, LLC**<br>333 Seventh Avenue, 3rd Floor<br>New York, NY 10001 | | | 21,703,110.00<br>(12,000,000.00 secured)<br>(7,426,080.00 senior lien) |
| **Integrated Financial Associates**<br>7785 W. Sahara Avenue, Suite 100<br>Las Vegas, NV 89117 | **Integrated Financial Associates**<br>7785 W. Sahara Avenue, Suite 100<br>Las Vegas, NV 89117 | | | 1,350,000.00<br><br>(Unknown secured) |
| **Scripps Investments & Loans, Inc.**<br>484 Prospect Street<br>La Jolla, CA 92037 | **Scripps Investments & Loans, Inc.**<br>484 Prospect Street<br>La Jolla, CA 92037 | | Disputed | 955,000.00<br><br>(Unknown secured) |
| **Maple Dell & McClelland, LLP**<br>1656 N. California Street, Ste. 300<br>Walnut Creek, CA 94596 | **Maple Dell & McClelland, LLP**<br>1656 N. California Street, Ste. 300<br>Walnut Creek, CA 94596 | | | 552,643.00<br><br>(Unknown secured) |
| **Siegfried Engineering, Inc.**<br>4045 Coronado Avenue<br>Stockton, CA 95204 | **Siegfried Engineering, Inc.**<br>4045 Coronado Avenue<br>Stockton, CA 95204 | | | 301,573.00 |
| **Siegfreid Engineering, Inc.**<br>4045 Coronado Avenue<br>Stockton, CA 95204 | **Siegfreid Engineering, Inc.**<br>4045 Coronado Avenue<br>Stockton, CA 95204 | | | 301,573.00<br><br>(Unknown secured) |
| **Hoge Fenton Jones & Appel, Inc.**<br>60 South Market Street, Ste. 1400<br>San Jose, CA 95113 | **Hoge Fenton Jones & Appel, Inc.**<br>60 South Market Street, Ste. 1400<br>San Jose, CA 95113 | | | 200,000.00 |
| **David Gates & Associates**<br>2671 Crow Canyon Road<br>San Ramon, CA 94583 | **David Gates & Associates**<br>2671 Crow Canyon Road<br>San Ramon, CA 94583 | | | 162,810.00<br><br>(Unknown secured) |

B4 (Official Form 4) (12/07) - Cont.

In re  **Pegasus - MH Ventures I, LLC.**            Case No. **08-40690**
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Bowles & Verna, LLP<br>2121 N. California Blvd., Ste. 875<br>Walnut Creek, CA 94596 | Bowles & Verna, LLP<br>2121 N. California Blvd., Ste. 875<br>Walnut Creek, CA 94596 | | | 130,000.00 |
| The Stone Group<br>120 Spring Street<br>Pleasanton, CA 94566 | The Stone Group<br>120 Spring Street<br>Pleasanton, CA 94566 | | | 70,197.62 |
| Kimmel & Associates<br>25 Page Avenue<br>Asheville, NC 28801 | Kimmel & Associates<br>25 Page Avenue<br>Asheville, NC 28801 | | | 62,568.00<br><br>(Unknown secured) |
| Kleinfelder<br>P.O. Box 51958<br>Los Angeles, CA 90051-6258 | Kleinfelder<br>P.O. Box 51958<br>Los Angeles, CA 90051-6258 | | | 22,263.20 |
| Superior Electrical Advertising<br>1700 W. Anaheim Street<br>Long Beach, CA 90813 | Superior Electrical Advertising<br>1700 W. Anaheim Street<br>Long Beach, CA 90813 | | | 4,750.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **February 28, 2008**      Signature   **/s/ Michael Clevenger**
                                                         **Michael Clevenger**
                                                         **Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2007 Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re  **Pegasus - MH Ventures I, LLC.**  
Debtor(s)

Case No.  **08-40690**  
Chapter  **11**

## CREDITOR MATRIX COVER SHEET - AMENDED

     I declare that the attached Creditor Mailing Matrix, consisting of **4** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **February 28, 2008**

**/s/ Eric A. Nyberg**  
Signature of Attorney  
**Eric A. Nyberg 131105**  
**Kornfield, Paul, Nyberg & Kuhner  PC**  
**1999 Harrision St., Suite 2675**  
**Oakland, CA 94612**  
**(510) 763-1000   Fax: (510) 273-8669**

Ashlyn E Lanes
23920 Martingale Way
Tehachapi, CA 93561


Bowles & Verna, LLP
2121 N. California Blvd., Ste. 875
Walnut Creek, CA 94596


Compass Financial Partners, LLC
333 Seventh Avenue, 3rd Floor
New York, NY 10001


David Gates & Associates
2671 Crow Canyon Road
San Ramon, CA 94583


Dawn Mahoney
100 Circle E Ranch Dr
San Ramon, CA 94583-4200


Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95827-2952


Frederic W Zenklusen & Candee Zenklusen
267 Wayne Ave
Alamo, CA 94507


Hoge Fenton Jones & Appel, Inc.
60 South Market Street, Ste. 1400
San Jose, CA 95113

Integrated Financial Associates
7785 W. Sahara Avenue, Suite 100
Las Vegas, NV 89117


Internal Revenue Service
Special Procedures Branch
Bankruptcy Section/Mail Code 1400S
1301 Clay St.
Oakland, CA 94612-5210


Jodee Clayton
225 Cosmos Ave
Morgan Hill, CA 95037


Kimmel & Associates
25 Page Avenue
Asheville, NC 28801


Kleinfelder
P.O. Box 51958
Los Angeles, CA 90051-6258


Kurt Smistik
1820 Hartman Rd
Livermore, CA 94550


Maple Dell & McClelland, LLP
1656 N. California Street, Ste. 300
Walnut Creek, CA 94596


Palmeri, Tyler, Wiener, Wilheim & Waldro
Charles H. Kanter
2603 Main Street, East Tower
Suite 1300
Irvine, CA 92614-4281

Parkway Properties
4900 Hopyard Rd, Ste 270
Pleasanton, CA 94588


San Joaquin County Treasurer
500 E. Main Street, First Floor
P.O. Box 2169
Stockton, CA 95201-2169


Scripps Investments & Loans, Inc.
484 Prospect Street
La Jolla, CA 92037


Shirley Zenklusen-Beason
Frederic Beason
23920 Martingale Way
Tehachapi, CA 93561


Siegfreid Engineering, Inc.
4045 Coronado Avenue
Stockton, CA 95204


Siegfried Engineering, Inc.
4045 Coronado Avenue
Stockton, CA 95204


Spatafore Family Trust
4720 S. Lammers Road
Tracy, CA 95377


Superior Electrical Advertising
1700 W. Anaheim Street
Long Beach, CA 90813

The Stone Group
120 Spring Street
Pleasanton, CA 94566


Trimark Communities, LLC
2260 East Douglas Blvd., Ste. 240
Roseville, CA 95661


W H Zenklusen
c/o Will-do-Accounting
25293 Ironwood Ct
Hayward, CA 94545


Frederic W.& Candee Zenklusen
267 Wayne Ave
Alamo, CA 94507


Jodee Clayton
225 Cosmo Ave
Morgan Hill, CA 95037


Michael Clevenger
Pegasus MH-Ventures I, LLC
4900 Hopyard Rd, Ste 202
Pleasanton, CA 94588


Shirley Zenklusen-Beason, Frederic Beaso
23920 Martingale Way
Tehachapi, CA 93561


W. H. Zenklusen
c/o Will-do-Accounting
25293 Ironwood Ct
Hayward, CA 94545