SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
   A Limited Liability Partnership
   Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
ORI KATZ, Cal. Bar No. 209561
ROBERT K. SAHYAN, Cal. Bar No. 253763
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947
Email: mahrens@sheppardmullin.com
       okatz@sheppardmullin.com
       rsahyan@sheppardmullin.com

Attorneys for COMPASS FP CORP.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PEGASUS-MH VENTURES I, LLC,<br><br>Debtor. | Case No. 08-40690<br><br>Chapter 11<br><br>**RESPONSE OF COMPASS FP CORP. TO DEBTOR'S STATUS CONFERENCE STATEMENT**<br><br>Date: March 20, 2008<br>Time: 2:30 p.m.<br>Place: United States Bankruptcy Court<br>1300 Clay Street, Oakland, CA<br>Judge: Hon. Edward D. Jellen<br>Courtroom: 215 |

On March 14, 2008, the above-captioned debtor (the "Debtor") filed a status conference statement. Compass FP Corp. ("Compass"), the successor in interest to certain rights of USA Commercial Mortgage Company, hereby files this Response to Debtor's Status Conference Statement.

Compass is the loan servicer for the beneficial lenders who hold a junior deed of trust on the Debtor's single asset real estate. This deed of trust secures the Debtor's obligations under a promissory note. The Debtor's obligations under the promissory note are also secured by a senior deed of trust on certain real estate owned by Golden State

1. Investments, LP, an affiliate of the Debtor. The Debtor's obligations under the promissory
2. note exceeded $25 million as of February 14, 2008, the petition date.
3.       The Debtor states in its status conference statement that it is attempting to
4. obtain financing sufficient to complete its development project as well as sufficient funds
5. to pay all of its non-disputed secured and unsecured debt. The Debtor also states that
6. Compass has agreed to subordinate its debt to the interest of any new lender that would
7. provide the financing.
8.       While Compass and the Debtor have engaged in discussions regarding the
9. Debtor's obligations under the promissory note and Compass' rights under the deeds of
10. trust, Compass has not agreed to subordinate its interest to any new lender.
11. Dated: March 18, 2008

                Respectfully submitted,

                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                By      /s/ Robert Sahyan
                    ROBERT K. SAHYAN
                Counsel for COMPASS FP CORP.