ERIC A. NYBERG, ESQ. (Bar No. 131105)
CHRIS D. KUHNER, ESQ. (Bar No. 173291)
KORNFIELD, PAUL, NYBERG & KUHNER, P.C.
1999 Harrison Street, Suite 2675
Oakland, California  94612
Telephone:  (510) 763-1000
Facsimile:  (510) 273-8669

Attorneys for Pegasus - MH Ventures I, LLC

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 08-40690 EDJ11<br>Chapter 11 |
| PEGASUS -MH VENTURES I, LLC,<br><br>Debtor. | DECLARATION OF MICHAEL CLEVENGER IN SUPPORT OF MOTION FOR JOINT ADMINISTRATION OF RELATED CASES |

I, Michael Clevenger, declare under penalty of perjury as follows:

1.      I am the Managing Member of Pegasus – MH Ventures I, LLC (the "Debtor") and if called upon to do so I could and would testify competently to the following facts, of which I have personal knowledge.

2.      On February 14, 2008, the Debtor filed for protection under Chapter 11 of the Bankruptcy Code.  The Debtor owns property in Mountain House, California consisting of approximately 140 acres of and to be developed into a business park.

Dec-Clevenger-Support-Motion-Admin-RelatedCase           - 1 -

3. On February 14, 2008, Golden State Investments, LP ("Golden State') filed for protection under Chapter 11 of the Bankruptcy Code. Golden State owns 40 acres of land adjacent to the Debtor's property to be developed into residential development.

4. On February 14, 2008, the Debtor filed a Notice of Related Case resulting in this bankruptcy case being assigned to the Honorable Edward D. Jellen.

5. On March 20, 2008, a status conference was held in the Pegasus case and the Golden State case. At that hearing, Judge Jellen suggested that, if appropriate, the cases be jointly administered. Both Pegasus and Golden State believe that the cases should be jointly administered based on the following:

- The Natural Responsible Person for both the Golden State case and the Pegasus case is Michael Clevenger;
- The development of the projects owned by Pegasus and Golden State require coordination since much of the improvements to be done to the properties involve both the business property and the residential property;
- Several of the secured lenders are cross-collateralized on both Pegasus property and the Golden State property; and
- The plan of reorganization for both Pegasus and Golden State are inter related and will require both cases to successfully reorganize in order to obtain confirmation in both cases.

The above is not an exhaustive list of the basis to have the matter jointly administered, but the Debtor believes that the joint administration of these cases will aid in expediting of the cases and render in the process of reorganization less costly for all involved.

Dec-Clevenger-Support-Motion-Admin-RelatedCase - 2 -

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 7th day of April, 2008 at Pleasanton, California.

                                                  Michael Clevenger /s/