SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
ORI KATZ, Cal. Bar No. 209561
ROBERT K. SAHYAN, Cal. Bar No. 253763
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947
Email: mahrens@sheppardmullin.com
      okatz@sheppardmullin.com
      rsahyan@sheppardmullin.com

Attorneys for COMPASS FP CORP.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PEGASUS - MH VENTURES I, LLC,<br><br>        Debtor. | Case No. 08-40690<br>Chapter 11<br>(Jointly Administered with 08-40689) |
| GOLDEN STATE INVESTMENTS, LP,<br><br>        Debtor. | Case No. 08-40689<br>Chapter 11<br>(Jointly Administered with 08-40690<br><br>**JOINDER OF COMPASS FP CORP. TO DEBTOR'S OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY AND FOR ADEQUATE PROTECTION**<br><br>Date: May 16, 2008<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>       1300 Clay Street, Oakland, CA<br>Judge: Hon. Edward D. Jellen<br>       Courtroom: 215 |

On March 20, 2008, a motion for relief from the automatic stay ("Motion") was filed on behalf of creditors Margaret Spatafore and Charles Spatafore Jr ("Movant") against debtor Pegasus - MH Ventures I, LLC ("Debtor"). On April 3, 2008, the Debtor filed an opposition ("Opposition") to the Motion. The preliminary hearing on the Motion has twice been continued. Compass FP Corp. ("Compass"), the loan servicer for the lenders whose beneficial interest is secured by a junior deed of trust on the Debtor's single asset real estate, hereby files this Joinder to the Opposition and incorporates herein the arguments submitted by the Debtor in opposition to the Motion.

Wherefore, Compass respectfully requests that the Motion be denied.

Dated: May 15, 2008

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ Robert K. Sahyan
ROBERT K. SAHYAN
Counsel for COMPASS FP CORP.